AUSA: Caitlin McCarey

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**26 MAG 4373**

UNITED STATES OF AMERICA

v.

LIBERTY MARTIN,

Defendant.

**SEALED COMPLAINT**

Violation of 18 U.S.C. § 111(a)(1)

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

Zachariah Mathews, being duly sworn, deposes and says that he is a Special Agent with the U.S. Department of Homeland Security ("DHS") Homeland Security Investigations ("HSI"), and charges as follows:

**COUNT ONE**
**(Assaulting an Employee of the United States)**

1. On or about October 8, 2026, in the Southern District of New York and elsewhere, LIBERTY MARTIN, the defendant, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in doing so, made physical contact with the victim of the assault, to wit, MARTIN forcibly assaulted an HSI Special Agent ("Agent-1").

(Title 18, United States Code, Section 111(a)(1).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2. I am a Special Agent with HSI. I have been personally involved in the investigation of this matter. I base this affidavit on my participation in this investigation, as well as my conversations with other law enforcement personnel, my examination of various reports, recordings, photographs, records, and videos, and my training and experience. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

The Assault on the Broadway Bridge

3. On or about October 8, 2026, in the Bronx, New York, multiple individuals—including, as set forth below, LIBERTY MARTIN, the defendant—violently assaulted and injured an HSI Agent ("Agent-1"). Based on my participation in the investigation of that assault, including my conversations with other law enforcement officers; my review of law enforcement, Department of Motor Vehicles ("DMV"), and New York City Housing Authority ("NYCHA") records, reports, and surveillance camera footage; and my participation in the investigation, among other things, I have learned the following, among other things:

a. On or about October 8, 2026, at approximately 6:15 p.m., agents from HSI were called to provide support following an incident between federal law enforcement officers and an individual in the Marble Hill section of the Bronx. Agent-1 and his partner, a second HSI agent ("Agent-2")—who were not involved in the initial incident—were among the agents who responded to the Bronx. Agent-1 and Agent-2 were in plainclothes, but Agent-1 wore his metal HSI badge on chain around his neck and carried his firearm in a no-retention holster.[1] Agent-1 and Agent-2 drove separately to the Bronx and both parked their vehicles on the Broadway Bridge. After parking their vehicles on the Broadway Bridge, Agent-1 and Agent-2 then walked east down the Broadway Bridge and around the corner, on West 225th Street, where they were directed to assist other law enforcement officers.

b. At approximately 6:45 p.m., Agent-1 and Agent-2 were instructed to go to a different location. As a result, Agent-1 and Agent-2 walked back to the Broadway Bridge where their vehicles were parked. As Agent-1 and Agent-2 began walking toward their vehicles, a crowd of individuals, who appeared to be demonstrating against law enforcement in response to the earlier incident, surrounded them. The crowd was yelling at Agent-1, and, based on my conversations with Agent-1, Agent-1 feared someone would take his firearm from its holster.

c. As captured by video recorded by an unknown individual and published online, an individual dressed in orange-and-tan colored clothing, later identified as LIBERTY MARTIN, the defendant, grabbed the collar of Agent-1's shirt and aggressively pulled him backwards. Agent-1 stated that he tried to pull away, but MARTIN grabbed him again by the shirt with significant force, ripping Agent-1's shirt in at least three places. Agent-1 stated that he was only able to escape MARTIN's grip, despite trying to pull away using his full strength, because MARTIN let go.

d. **Image-1**, a still shot from a publicly available video recording of the assault, shows MARTIN (circled in red), wearing black headphones and an orange/tan outfit, and Agent-1 (circled in blue),[2] immediately after MARTIN assaulted Agent-1.

---

[1] Based on my training and experience, I know that a "no-retention holster" allows anyone to grab an agent's firearm from the holster. In contrast, a "retention holster" requires the agent to press a button on the inside of the holster in order to access the firearm.

[2] Agent-1's face is redacted in all photos.




**Image-1**

e. After MARTIN's initial assault on Agent-1, the group of individuals, including MARTIN, followed Agent-1 to his car, yelling at him, as Agent-1 walked back around the corner to the Broadway Bridge. MARTIN again grabbed Agent-1's clothes, as shown in **Image-2** below. Agent-1 and Agent-2 verbally identified themselves to the crowd as Homeland Security agents. At that point, Agent-1 had removed his HSI badge from around his neck and was holding it in his hand, where it was clearly visible on video capturing this event, before he put the badge in his pocket because he was afraid someone might grab the chain and use it to choke him or hit him with the metal shield.




**Image-2**

f. When he arrived at his vehicle, two other individuals pushed Agent-1 into the side of the vehicle, grabbed his clothes, shoved his head and body into the car, and then slammed the door on him, as shown in **Image-3** and **Image-4** below. Specifically, **Image-3** shows the tears in the back of Agent-1's outer shirt, revealing his white undershirt, and **Image-4** shows one of the individuals slamming the door of the vehicle on Agent-1's head. The fingers of the individual's black-gloved hand can be seen on Agent-1's face.



**Image-3**



**Image-4**

g. During the assault shown in **Image-3** and **Image-4**, MARTIN was down the block, still trailing Agent-1 but not in the immediate vicinity of the other two vehicles when they attacked Agent-1.

h. After getting in their separate cars, and, for Agent-1, extricating himself from the two individuals who had assaulted him, Agent-1 and Agent-2 drove down the Broadway Bridge and away from the crowd. They drove approximately 500 meters and pulled over. At this point, Agent-2 noticed that Agent-1 was bleeding from the forehead and sutured his wound. Later, Agent-1 realized his HSI badge was missing. It has not been recovered.

i. Immediately thereafter, Agent-1 drove himself to a hospital located in Manhattan, New York, and was admitted to the hospital's emergency room, where it was determined that he had suffered an approximately two-inch-long laceration to his forehead. Medical personnel superglued the laceration together and diagnosed Agent-1 with a "contusion of other part of head." Agent-1 reported to medical personnel at the hospital that his ears were ringing and he felt dizzy, so medical staff completed a concussion protocol to confirm Agent-1 had not suffered a concussion. Agent-1 also suffered multiple bruises to his arms and shoulders, where MARTIN had grabbed him and where the car door was shut on him. Agent-1 was discharged from the hospital after approximately 30 to 60 minutes.

<u>Identification of LIBERTY MARTIN</u>

4. Based on my review of news footage and publicly available videos and images, I have identified images from October 8, 2026, of an individual near the Broadway Bridge from the date of the assault, wearing the same orange/tan outfit as the individual depicted in the video above, *see supra* **Image-1** and **Image-2**, who forcibly grabbed and pulled Agent-1. *See* **Image-5** (MARTIN circled in red) and **Image-6** (MARTIN circled in red).



Image-5



Image-6

5. From my review of records from the New York DMV, I know that LIBERTY MARTIN, the defendant, has an active New York State driver's license which expires in or about 2033, and which lists his current home address as a certain address in the Bronx, New York ("Apartment-1").

6. Based on a review of housing records and surveillance footage from the building in which Apartment-1 is located, I know that an individual named LIBERTY MARTIN with the same birthdate listed on MARTIN's New York State driver's license, is currently renting Apartment-1. Surveillance footage from the building's lobby reflects that, on or about October 15, 2026, at approximately 1:30 a.m., an individual—depicted below and whom I believe to be MARTIN—entered the lobby and used a mailbox key to open a mailbox with Apartment-1's apartment number. **Image-7** shows MARTIN in the lobby, shortly after checking for mail in the mailbox for Apartment-1, talking on a cellphone and carrying keys in his left hand. In addition, both during the assault (*see* **Image-6**) and while in the lobby of the building where he resides (*see* **Image-7**), MARTIN appears to be wearing the same black, sheer head covering (circled in red).



**Image-7**

7. I have compared law enforcement booking and DMV photos of LIBERTY MARTIN, the defendant, *see* **Image-8**, **Image-9**, and **Image-10**, taken in approximately December 2020, December 2022, and August 2025, respectively, to images of MARTIN captured on video footage during the October 8, 2026 incident when he assaulted Agent-1 on the Broadway Bridge, *see* **Image-6**, and of MARTIN in the lobby of the building where he lives captured approximately a week later, on or about October 15, 2026, *see* **Image-7**, and, based on my personal observations, I believe each of these images depict the same person: MARTIN.




**Image-8**
Approx. Dec. 2020



**Image-9**
Approx. Dec. 2022



**Image-10**
Approx. Aug. 2025



**Image-6**



**Image-7**

WHEREFORE, I respectfully request that LIBERTY MARTIN, the defendant, be arrested, and imprisoned or bailed, as the case may be.

/s/ Zachariah Mathews, by the Court with permission.

Zachariah Mathews
Special Agent
DHS HSI

Sworn to before me through the transmission of this Complaint by reliable electronic means, pursuant to Federal Rule of Criminal Procedure 4.1, this 16th day of October, 2026.

THE HONORABLE ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK